**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1472**

---

DONALD W. WOLFORD,

Plaintiff - Appellant,

versus

PARDEE & CURTAIN LUMBER COMPANY; B. V. WHITE;
R. V. WHITE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior District Judge.  (CA-95-114-2)

---

Submitted:  February 11, 1997        Decided:  February 27, 1997

---

Before HALL and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Donald W. Wolford, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his action seeking review of a state court order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wolford v. Pardee & Curtain Lumber Co.</u>, No. CA-95-114-2 (N.D.W. Va. Apr. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>